**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                             CASE NO.  3:05-cr-64-J-32MMH

EMORY CLAYTON RICE, JR.

_____

**ORDER**

This case is before the Court on defendant's Motion to Suppress Statements (Doc. 57), filed June 27, 2005. After conducting an evidentiary hearing, United States Magistrate Judge Marcia Morales Howard rendered a Report and Recommendation (Doc. 81) recommending denial of the motion. No objections were filed to the Report and Recommendation.

Upon independent and de novo review, it is hereby

**ORDERED:**

1. The United States Magistrate Judge's Report and Recommendation (Doc. 81), to which no objection has been filed, is **ADOPTED** as the opinion of the Court

2. Defendant's Motion to Suppress Statements (Doc. 57) is **DENIED**.

3. A status conference is **scheduled** before the undersigned on **October 17, 2005 at 4:00 p.m.,** and **jury trial** is **scheduled** during the trial term commencing **November 1, 2005 at 9:00 a.m.** in the United States Courthouse, Courtroom No. 10B, Tenth Floor, 300

North Hogan Street, Jacksonville, Florida.  The trial term begins on the first Monday of the month and continues through the last day of the given month.

**DONE AND ORDERED** at Jacksonville, Florida, this __11th__ day of October, 2005.

                                                       TIMOTHY J. CORRIGAN
                                                      United States District Judge

Copies to:

Hon. Marcia Morales Howard
United States Magistrate Judge

Asst. U.S. Attorney (Moody)
Asst. Federal Public Defender (Bailey)